The plaint. appealed from this Judgement unto the next Court of Assistants and himselfe principall in Eighteen pounds and Ephraim Turner and James Hill Sureties in £.9. apeice bound themselves respectiuely in the Summes aforesaide . . . upon condition the s^d John Alden should prosecute his appeale . . .

[See Clarke v. Alden, pp. 213–14, 660, and 685, above. The Court of Assistants confirmed this judgment (Records, i. 66). Later there was trouble about the costs: see Records of Courts of Assistants, i. 158, and S. F. 1471.6.]

### Ruck &^a agt. Wharton

John Ruck Richard Lord and John Blackleach or either of them plaint^s ag^t Richard Wharton Defend^t The plaint^s were nonSuited in failure of process.   [386]

### Gorges ag^t Rootes

Ferdinando Gorges plaint. ag^t Thomas Rootes Defendant in an action of the case for refuseing to pay unto s^d Ferdinand^o Gorges the principall & the produce of one caske of brandy and one barrell of apples sent by saide Thomas Rootes to Jamaica and consigned to himselfe w^th all other due damages according to attachm^t Dat^d 16th June. 1676. . . . The Jury . . . founde for the Defendant costs of Court allow^d Eight Shillings six pence

### Deane ag^t Gross

Thomas Deane plaint. ag^t Clement Gross Defend^t The plaint. withdrew his action.

### Hurrey ag^t Briggs

William Hurrey or his Lawfull Attourny plaint. ag^t Abraham Briggs Defend^t in an action of the case for witholding a debt of Six pounds in mony as per agreement under the hand of the s^d Briggs as may appeare due to the plaintife by Agreem^t bearing date the. 6. of May. 1676. with due interest and all other due damages according to attachm^t Dat^d June 16^o 1676. . . . The Jury . . . founde for the plaintife Six pounds mony damage & costs of Court allowed by the Court, twenty two Shillings and four pence.

Execucion issued July. 29^o 1676.